UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMEHL HARVILLE,

     Plaintiff,

                                    Case No. 26-cv-10094

v.                                   Hon. Matthew F. Leitman

SARAH K. BRENNER, *et al.*,

     Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE (ECF No. 8)

On January 14, 2026, the Court entered an Order requiring Plaintiff Jamehl Harville to either (1) show cause, in writing, why the Court should not dismiss and/or sever his Complaint or (2) file a First Amended Complaint. (*See* Order, ECF No. 6, PageID.170.)  The Court set Harville a deadline of March 16, 2026. (*See id.*)

On March 17, 2026, Harville filed a Motion for Extension of Time to File a Response, in which he asked for an additional sixty days to respond to the Court's January 14, 2026, Order. (*See* Mot., ECF No. 8, PageID.462.)  Harville's motion for an extension of time is **GRANTED**.  He shall now fulfill his obligations under the Court's January 14, 2026, Order by no later than **Monday, May 18, 2026**.

     **IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN

1

UNITED STATES DISTRICT JUDGE

Dated:  March 18, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 18, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2